Case Number

| ID | YR | NUMBER |
|----|----|--------|

**(To be completed by Court Clerk)**

RECEIVED

2007 JAN -3  A 9: 40

~~JOHN P. HACKETT, CLI~~
~~U.S. DISTRICT~~
~~MIDDLE DISTRICT ALA~~

# IN FORMA PAUPERIS DECLARATION

*THE MIDDLE DISTRICT OF ALABAMA*
[Insert appropriate court]

*Jesse Maner*
**(Petitioner)**

2:07-CV-04-WKW

vs.

*STATE OF ALABAMA*
**(Respondent(s))**

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED
## IN FORMA PAUPERIS

I, *Jesse Maner* , declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?     Yes _____     No ✓

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

   *N/A*

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

   *N/A*

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession, or other form of self-employment?

   Yes _____     No ✓

   b. Rent payments, interest, or dividends?

   Yes _____     No ✓

   c. Pensions, annuities, or life insurance payments?

   Yes _____     No ✓

   d. Gifts or inheritances?

   Yes _____     No ✓

   e. Any other sources?

   Yes _____     No ✓

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

N/A

3.  Do you own cash, or do you have money in a checking or savings account?

    Yes _____          No __✓__

    (Include any funds in prison accounts.)

    If the answer is "yes", state the total value of the items owned.

    N/A

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

    Yes _____          No __✓__

    If the answer is "yes", describe the property and state its approximate value.

    N/A

5.  List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

    N/A

    I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on _12 - 27 - 06_____.
                    **(Date)**

                    _Jesse L. Maner_
                    **Signature of Petitioner**

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ ___e20___ on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said _Kilby Correctional Facility_ institution:

_December 27, 2006_
**DATE**

_Salonda W. Harvest_
**AUTHORIZED OFFICER OF INSTITUTION**

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
KILBY CORRECTIONAL FACILITY

AIS #: 113975      NAME: MANER, JESSE LEE           AS OF: 12/27/2006

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| DEC | 4 | $8.15 | $0.00 |
| JAN | 31 | $8.15 | $0.00 |
| FEB | 28 | $4.89 | $20.00 |
| MAR | 31 | $0.20 | $0.00 |
| APR | 30 | $0.20 | $0.00 |
| MAY | 31 | $0.20 | $0.00 |
| JUN | 30 | $0.20 | $0.00 |
| JUL | 31 | $0.20 | $0.00 |
| AUG | 31 | $0.20 | $0.00 |
| SEP | 30 | $0.20 | $0.00 |
| OCT | 31 | $0.20 | $0.00 |
| NOV | 30 | $0.20 | $0.00 |
| DEC | 27 | $0.20 | $0.00 |

X La'Tonya W. Harvest
December 27, 2006

IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS

*Jesse Maner*
Plaintiff(s)

2:07-CV-04-WKW

vs.

*State of Alabam, Warden Arnold Holt, et al*
Defendant(s)

I, *Jesse Maner*, being first duly sworn, depose
and say that I am the plaintiff in the above entitled case; that in support
of my motion to proceed without being required to prepay fees, costs or give
security therefor, I state that because of my poverty I am unable to pay the
costs of said proceeding or to give security therefor; that I believe I am
entitled to relief. I recognize that I may be prosecuted for any false statement
which I may make herein.

I further swear that the responses which I have made to questions and
instructions below are true.

1. Are you presently employed?    YES ( )  NO (✓)

   A. If the answer is YES, state the amount of your salary or wages per
      month, and give the name and address of your employer.
      _____ N/A _____

   B. If the answer is NO, state the date of last employment and the amount
      of salary and wages per month which you received.
      _____ N/A _____

2. Have you received within the past twelve months any money from any of
   the following sources?

   A. Business, profession or form of self-employment?  YES ( )  NO (✓)

   B. Rent payments, interest or dividends?  YES ( )  NO (✓)

   C. Pensions, annuities or life insurance payments?  YES ( )  NO (✓)

   D. Gifts or inheritances?  YES ( )  NO (✓)

   E. Any other sources?  YES ( )  NO (✓)

If the answer to any of the above is YES, describe each source of money
and state the amount received from each during the past twelve months.
_____ N/A _____

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts.]  YES ( )  NO (✓)

   If the answer is YES, state the total value of the items owned.

   ——————————————— N/A ———————————————

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]? YES ( )  NO ( )

   If the answer is YES, describe the property and state its approximate value.

   ——————————————— N/A ———————————————

5. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support._____

   ——————————————— N/A ———————————————

   _Jesse Lee Maner_
   Signature of Affiant

STATE OF ALABAMA      )
COUNTY OF_____ )


   Before me, a notary public in and for said County, in said State, personally appeared _Jesse Lee Maner_____, whose name is signed to the foregoing complaint, who being first duly sworn, deposes on oath and says:

   That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

   _Jesse Lee Maner_
   Signature of Affiant

Sworn to and subscribed before me this _20th_ day of _December_, ~~19~~ _2006_

   _Penny O. Green_
   Notary Public

   _Montgomery_____ County, Alabama

O R