IN THE DISTRICT COURT FOR THE MIDDLE DISTRICT
OF ALABAMA

Jesse L. Maner, #113975,
Petitioner,

v.                                    CIVIL ACTION NO. 2:07-CV-0004-WKW

Arnold Holt, et al.,
Respondents,

## OBJECTION TO THE MAGISTRATE JUDGE'S RECOMMENDATION

Comes now Jesse L. Maner, (petitioner) before this honorable court with an Objection to the magistrate judge's recommendation and state's the following:

1) Petitioner is being detained by the department of corrections upon a invaild affidavit and warrant for arrest by the district court of Montgomery County, Alabama.

- 2) petitioner is pro se and is not aware of filing a successive petition where the law of this state, United States Constitution and the laws of Alabama and the Alabama Constitution. It's well settle in Alabama and the United States that a conviction and sentence should be vacted, due to an invaild affidavit and warrant for arrest.

3) Petitioner asks this honorable court to review this matter, where the record and evidence this court will entitle petitioner to be discharged from incarceration.

Wherefore, petitioner prays that this petition will beconsidered according to the said laws of this great state and that he be granted the relief that he's entitled.

Wherefore, petitioner prays that this petition will beconsidered according to the said laws of this great state and that he be granted the relief that he's entitled.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document have been placed in the mail box at P.O.Box 150 Mt. Meigs, Al. 36057 and forward to the clerk of the Middle District, and to the Attorney General office.

Done this the 22 day of January, 2007.

*Jesse L. Maner*
Jesse L. Maner
AIS#113975
P.O.Box 150
Mt.Meigs,Al.36057



MONTGOMERY AL 361
23 JAN 2007 PM 1 T

Jesse L. Maner #113975
P.O. Box 150-H 113-A
Mt. Meigs, AL 36057

**LEGAL MAIL**

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated [by] the Alabama Department of Co[rrections, and is] not responsible for the substance or content of the enclosed communication."

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711