IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 07-11192-B

_____



JESSE L. MANER,

                                       Petitioner-Appellant,

versus

ARNOLD HOLT, Warden,
TROY KING, The Attorney
General of the State,

                                       Respondents-Appellees.

_____

Appeal from the United States District Court for the
Middle District of Alabama

_____

Before BLACK and CARNES, Circuit Judges.

BY THE COURT:

     Appellant has filed a motion for reconsideration of this Court's order dated June 22, 2007. Upon reconsideration, appellant's motion for a certificate of appealability is DENIED because appellant has failed to make the requisite showing. See 28 U.S.C. §§ 2244, 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 478, 120 S.Ct. 1595, 1600-01, 146 L.Ed.2d 542 (2000); United States v. Holt, 417 F.3d 1172, 1175 (11th Cir. 2005).

     Appellant's motion for leave to proceed on appeal in forma pauperis is DENIED AS MOOT.